UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

CIVIL ACTION NO.

| | |
|---|---|
| ANGEL M. TORRES<br>　Plaintiff | )<br>)<br>) |
| VS. | )  **COMPLAINT**<br>) |
| OMGA, INC. and OMGA, S.p.A.<br>　Defendants | )<br>) |

1. The Plaintiff, Angel M. Torres, is an individual residing at 28 Princeton Street, Springfield, MA 01109.

2. The Defendant, OMGA, INC., is a duly organized corporation with a place of business located at 3705 William Richardson Drive, South Bend, IN 46628.

3. The Defendant, OMGA, S.p.A., is a duly organized corporation with a place of business located at Via Carpi-Ravarino, 146-41010 Limidi Di Soliera (MO), Italy.

4. Plaintiff is a citizen of the Commonwealth of Massachusetts, and Defendant, OMGA, Inc., is a corporation incorporated under the laws of the State of Indiana, having its principal place of business in a State other than the State of Massachusetts. The Defendant, OMGA, S.p.A., is an alien corporation with a place of business in Italy. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

5. Defendants are in the business of designing, manufacturing, constructing, assembling, inspecting, and selling machinery and equipment for industrial use.

6. At some time prior to 3/5/2002, Defendants designed, manufactured, constructed, assembled, inspected, and sold a T50-350 "U.S." table saw, serial number 011274446.

7. At some time prior to 3/5/2002, Defendants sold the machine described above to Harvey Industries.

8. On 3/5/2002, Plaintiff was employed by Harvey Industries as a window maker and was using the machine described above in the course and scope of Plaintiff's employment.

## COUNT I
## NEGLIGENCE

9. The Plaintiff incorporates by this reference all prior pertinent allegations.

MICHELMAN LAW OFFICES
1333 EAST COLUMBUS AVENUE
P.O. BOX 2992
SPRINGFIELD, MA 01101
(413) 737-1166
FAX. (413) 736-0429

10. Defendants so negligently designed, manufactured, constructed, assembled, inspected, and sold the machine described above, that it was dangerous and unsafe for its intended uses.

11. As a direct and proximate result of the negligence and carelessness of Defendants as described above, Plaintiff sustained the following serious injuries and damages: severe open fracture of the proximal phalanx, left little finger with the laceration extensor tendon, and laceration ulnar neurovascular bundle, resulting in pain and suffering, lost wages, medical costs, permanent disability, and disfigurement.

Wherefore, Plaintiff requests judgment against the Defendants, as set forth below.

## COUNT II
## STRICT PRODUCTS LIABILITY

12. The Plaintiff incorporates by this reference all prior pertinent allegations.

13. The machine and its component parts were defective as to design, and manufacture and were not accompanied by adequate warnings, causing the machine and its component parts to be in a dangerous and defective condition that made them unsafe for their intended use.

14. As a direct and proximate result of the defective and dangerous condition of the machine and its component parts as described above, Plaintiff sustained the following serious injuries and damages: severe open fracture of the proximal phalanx, left little finger with the laceration extensor tendon, and laceration ulnar neurovascular bundle, resulting in pain and suffering, lost wages, medical costs, permanent disability, and disfigurement.

Wherefore, Plaintiff requests judgment against Defendants as follows:

1. General damages according to proof;

2. Special damages according to proof;

3. Prejudgment interest according to law;

4. Costs of this action; and

5. Such other and further relief as the court deems just and proper.

MICHELMAN LAW OFFICES

1333 EAST COLUMBUS AVENUE

P.O. BOX 2992

SPRINGFIELD, MA 01101

(413) 737-1166

FAX. (413) 736-0429

THE PLAINTIFF,

Date: February 18, 2005          By: /s/ Jay N. Michelman
                                  Jay N. Michelman, Esq.
                                  MICHELMAN LAW OFFICES
                                  1333 East Columbus Avenue
                                  P.O. Box 2992
                                  Springfield, MA 01101
                                  (413) 737-1166
                                  BBO#345110

MICHELMAN LAW OFFICES
1333 EAST COLUMBUS AVENUE
P.O. BOX 2992
SPRINGFIELD, MA 01101
(413) 737-1166
FAX. (413) 736-0429

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Angel M. Torres

## DEFENDANTS
OMGA, Inc. and
OMGA, S.p.A.

APPENDIX B    CIVIL COVER SHEET

(b) County of Residence of First Listed Plaintiff **Hampden**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michelman Law Offices
1333 E. Columbus Ave., P.O. Box 2992
Springfield, MA 01101    (413) 737-1166

Attorneys (If Known)
Anthony J. Sbarra, Jr., Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza, Boston, MA 02129

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- G 2 U.S. Government Defendant
- G 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| G 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane / G 362 Personal Injury— Med. Malpractice | G 620 Other Food & Drug | G 423 Withdrawal 28 USC 157 | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability / ☒ 365 Personal Injury— Product Liability | G 625 Drug Related Seizure of Property 21 USC | | G 430 Banks and Banking |
| G 140 Negotiable Instrument | G 320 Assault, Libel & Slander / G 368 Asbestos Personal Injury Product Liability | G 630 Liquor Laws | **PROPERTY RIGHTS** | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 330 Federal Employers' Liability | G 640 R.R. & Truck | G 820 Copyrights | G 460 Deportation |
| G 151 Medicare Act | G 340 Marine / **PERSONAL PROPERTY** | G 650 Airline Regs. | G 830 Patent | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 345 Marine Product Liability / G 370 Other Fraud | G 660 Occupational Safety/Health | G 840 Trademark | G 810 Selective Service |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 350 Motor Vehicle / G 371 Truth in Lending | G 690 Other | | G 850 Securities/Commodities/ Exchange |
| G 160 Stockholders' Suits | G 355 Motor Vehicle Product Liability / G 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | G 875 Customer Challenge 12 USC 3410 |
| G 190 Other Contract | G 360 Other Personal Injury / G 385 Property Damage Product Liability | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 891 Agricultural Acts |
| G 195 Contract Product Liability | | G 720 Labor/Mgmt. Relations | G 862 Black Lung (923) | G 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | G 730 Labor/Mgmt.Reporting & Disclosure Act | G 863 DIWC/DIWW (405(g)) | G 893 Environmental Matters |
| G 210 Land Condemnation | G 441 Voting / G 510 Motions to Vacate Sentence | G 740 Railway Labor Act | G 864 SSID Title XVI | G 894 Energy Allocation Act |
| G 220 Foreclosure | G 442 Employment | | G 865 RSI (405(g)) | G 895 Freedom of Information Act |
| G 230 Rent Lease & Ejectment | G 443 Housing/ Accommodations / Habeas Corpus: | G 790 Other Labor Litigation | **FEDERAL TAX SUITS** | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| G 240 Torts to Land | G 444 Welfare / G 530 General | G 791 Empl. Ret. Inc. Security Act | G 870 Taxes (U.S. Plaintiff or Defendant) | G 950 Constitutionality of State Statutes |
| G 245 Tort Product Liability | G 440 Other Civil Rights / G 535 Death Penalty | | G 871 IRS—Third Party 26 USC 7609 | G 890 Other Statutory Actions |
| G 290 All Other Real Property | | G 540 Mandamus & Other | | |
| | | G 550 Civil Rights | | |
| | | G 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC 1345 Plaintiff sustained personal injury as a result of defective saw distributed and manufactured by Defendants.

## VII. REQUESTED IN COMPLAINT:
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 250,000.00

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes  G No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 2/18/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C   LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Torres v. OMGA, Inc. et al

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   None.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES ☐    NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES ☐    NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   YES ☒    NO ☐

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
       EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☒

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
       EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Jay N. Michelman, Esq.
ADDRESS   1333 E. Columbus Ave., P.O. Box 2992, Springfield, MA 01101
TELEPHONE NO.   (413) 737-1166

(AppendixC.wpd - 11/27/00)