# United States District Court

_____ DISTRICT OF _____

ANGEL M. TORRES
    Plaintiff

V.

OMGA, INC. and OMGA, S.p.A.
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30050-MAP

TO: (Name and address of defendant)

OMGA, Inc.
3705 William Richardson Drive
South Bend, IN 46628

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay N. Michelman, Esq.
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA 01101

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: Mary Finn

DATE: February 18, 2005

(BY) DEPUTY CLERK

# MICHELMAN LAW OFFICES

1333 EAST COLUMBUS AVENUE
P.O. BOX 2992
SPRINGFIELD, MASSACHUSETTS 01101

LEONARD S. MICHELMAN*
JAY N. MICHELMAN**

(413) 737-1166

FACSIMILE (413) 736-0429

*REGISTERED PATENT ATTORNEY
** ALSO ADMITTED TO FL BAR AND C.P.A. IN MA

February 22, 2005

Via Certified Mail No. 7003 2260 0001 8162 6723

OMGA, INC.
**ATTN: JOSEPH STEMN, GENERAL MANAGER**
3705 William Richardson Drive
South Bend, Indiana 46628

RE:  **NAME OF OUR CLIENT: ANGEL M. TORRES**
     **DATE OF INCIDENT:   MARCH 5, 2002**
     **YOUR CUSTOMER:      HARVEY INDUSTRIES, WALTHAM, MA**
     **SAW MODEL:          T50-350 "U.S."**
     **SAW SERIAL NO.:     01/274446**

Dear Mr. Stemn:

In regard to the above-captioned matter, enclosed find a copy of the Summons and Complaint.

Very truly yours,

Jay N. Michelman, Esq.

JNM/ss
Enclosure
cc:  Anthony J. Sbarra, Jr., Esq.
     Campbell, Campbell, Edwards & Conroy, P.C.
     One Constitution Plaza
     Boston, MA 02129

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  DATE 3/4/05

NAME OF SERVER (PRINT): JAY N MICHELMAN    TITLE: ATTORNEY

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail, Return Receipt Requested. Return receipt is attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.00 | TOTAL $5.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 4, 2005
Date

Signature of Server

P.O. Box ____, Springfield MA 0110_
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: Joseph Stemn, General Manager
OMGA, Inc.
3705 William Richardson Drive
South Bend, IN 46628

2. Article Number
7003 3310 0001 ____ ____

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 3-1-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes