# United States District Court

_____ DISTRICT OF _____

ANGEL M. TORRES
    Plaintiff

V.

OMGA, INC. and OMGA, S.p.A.
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-30050-MAP

TO: (Name and address of defendant)

    OMGA, S.p.A.
    Via Carpi-Ravarino
    146-41010 Limidi Di Soliera (MO), Italy

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Jay N. Michelman, Esq.
    MICHELMAN LAW OFFICES
    1333 East Columbus Avenue
    P.O. Box 2992
    Springfield, MA  01101

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

(BY) DEPUTY CLERK  /s/ Mary Finn

DATE  February 18, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3/14/05 |
| NAME OF SERVER (PRINT) JAY N MICHELMAN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By registered mail return receipt requested. Return receipt is attached hereto

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 10 85 | TOTAL 10 85 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/05
         Date

Signature of Server  JAY N MICHELMAN

Address of Server  PO Box 2992 Springfield MA 01101

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




## MICHELMAN LAW OFFICES

1333 EAST COLUMBUS AVENUE
P.O. BOX 2992
SPRINGFIELD, MASSACHUSETTS 01101

(413) 737-1166

FACSIMILE (413) 736-0129

LEONARD S. MICHELMAN*
JAY N. MICHELMAN**

March 3, 2005

*REGISTERED PATENT ATTORNEY
** ALSO ADMITTED TO FL BAR AND C.P.A IN MA

OMGA, S.p.A.
**ATTN: GENERAL MANAGER**
Via Carpi-Ravarino
146-41010 Limidi Di Soliera (MO), Italy

RE: **NAME OF OUR CLIENT:** ANGEL M. TORRES
    **DATE OF INCIDENT:** **MARCH 5, 2002**
    **YOUR CUSTOMER:** **HARVEY INDUSTRIES, WALTHAM, MA**
    **SAW MODEL:** T50-350 "U.S."
    **SAW SERIAL NO.:** 01/274446

Dear Sir/Madam:

In regard to the above-captioned matter, enclosed find a copy of the Summons and Complaint.

Very truly yours,

Jay N. Michelman, Esq.

JNM/ss
Enclosure
cc:  Anthony J. Sbarra, Jr., Esq.
     Campbell, Campbell, Edwards & Conroy, P.C.
     One Constitution Plaza
     Boston, MA 02129