UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

ANGEL M. TORRES )
Plaintiff, )
 )
 )
v. )
 )  Civil Action No. 2005-30050 MAP
 )
OMGA, Inc., and OMGA, S.p.A )
Defendants. )
 )
 )

NOTICE OF APPEARANCE

Please note the appearance of Anthony J. Sbarra Jr. of Campbell Campbell Edwards & Conroy Professional Corporation, on behalf of the defendants OMGA, Inc. and OMGA, S.p.A. in the above-captioned matter.

OMGA, Inc. and OMGA, S.p.A.
By Their Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell/BBO# 541882
Anthony J. Sbarra Jr./BBO# 552461
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: April 20, 2005

## CERTIFICATE OF SERVICE

    I, Anthony J. Sbarra Jr., hereby certify that on this 20th day of April 2005, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Jay N. Michelman, Esq.
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA 01101

_____
Anthony J. Sbarra Jr.