UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| ANGEL M. TORRES )<br>Plaintiff, )<br> )<br>v. )<br> )<br> ) Civil Action No. 2005-30050 MAP<br> )<br>OMGA, Inc., and OMGA, S.p.A )<br>Defendants. )<br> )<br> ) | |

NOTICE OF APPEARANCE

Please note the appearance of James M. Campbell, of Campbell Campbell Edwards & Conroy Professional Corporation, on behalf of the defendants OMGA, Inc. and OMGA, S.p.A. in the above-captioned matter.

OMGA, Inc. and OMGA, S.p.A.
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

/s/ James Campbell
James M. Campbell/BBO# 541882
Anthony J. Sbarra Jr./BBO# 552461
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: April 20, 2005

## CERTIFICATE OF SERVICE

I, Anthony J. Sbarra Jr., hereby certify that on this 20th day of April 2005, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Jay N. Michelman, Esq.
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA 01101

_____
Anthony J. Sbarra Jr.