UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| ANGEL M. TORRES )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>OMGA, Inc., and OMGA, S.p.A )<br>Defendants. )<br> )<br> ) | Civil Action No. 2005-30050 MAP |

### DEFENDANTS' OMGA INC. AND OMGA S.p.A.'S ANSWER AND JURY DEMAND

The Defendants OMGA, Inc. and OMGA, S.p.A hereby respond as follows to the Plaintiff's Complaint.

1. The Defendants, OMGA, Inc. and OMGA, S.p.A, are without sufficient knowledge or information to admit or deny the allegations in Paragraph 1 of the Complaint.

2. The Defendant OMGA, Inc., admits that it is a duly organized corporation with a place of business located at 3705 William Richardson Drive, South Bend, IN 46628.

3. The Defendant OMGA, S.p.A. admits that it is a duly organized corporation and has a place of business located at Via Carpi-Ravarino, 146-41010 Limidi Di Soliera (MO), Italy.

4. Defendant OMGA, Inc., admits that it distributes equipment. Defendant OMGA, S.p.A, admits that it manufactures equipment. Defendants,

OMGA, Inc. and OMGA, S.p.A, deny the remainder of the allegations as they are set forth in Paragraph 4 of the Complaint.

5. Defendant, OMGA, Inc. admits that it sold a T50-350 table saw. Defendant, OMGA, S.p.A, admits that it manufactured a T50-350 table saw. Defendants, OMGA, Inc. and OMGA, S.p.A, deny the remainder of the allegations as they are set forth in Paragraph 5 of the Complaint.

6. Defendants, OMGA, Inc. admits that it distributes equipment. Defendant OMGA, S.p.A, admits that it manufactures equipment. Defendants, OMGA, Inc. and OMGA, S.p.A, deny the remainder of the allegations as they are set forth in Paragraph 6 of the Complaint..

7. The Defendants, OMGA, Inc. and OMGA, S.p.A, are without sufficient knowledge or information to admit or deny the allegations in Paragraph 7 of the Complaint.

8. The Defendants, OMGA, Inc. and OMGA, S.p.A, are without sufficient knowledge or information to admit or deny the allegations in Paragraph 8 of the Complaint.

## COUNT I
## NEGLIGENCE

9. The Defendants, OMGA, Inc. and OMGA, S.p.A, repeat their responses to Paragraphs 1 through 8 of their Answer.

10-11. The Defendants, OMGA, Inc. and OMGA, S.p.A, deny the allegations in Paragraphs 10-11 of the Complaint.

WHEREFORE, Defendants, OMGA, Inc. and OMGA, S.p.A, demand that judgment be entered in their favor by dismissing the Complaint with prejudice, and awarding defendants their costs and attorneys' fees, and for all other relief deemed just and proper.

## COUNT II
## STRICT PRODUCTS LIABILITY

12. The Defendants, OMGA, Inc. and OMGA, S.p.A, repeat their responses to Paragraphs 1 through 11 of their Answer.

13. The Defendants, OMGA, Inc. and OMGA, S.p.A, deny the allegations in Paragraph 13 of the Complaint.

14. The Defendants, OMGA, Inc. and OMGA, S.p.A, deny the allegations in Paragraph 14 of the Complaint. To the extent that the allegation contained in Paragraph 14 of the Complaint address conclusion of law, no response is required.

WHEREFORE, Defendants, OMGA, Inc. and OMGA, S.p.A, demand that judgment be entered in their favor by dismissing the Complaint with prejudice, and awarding defendants their costs and attorneys' fees, and for all other relief deemed just and proper.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state claims against the defendants upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Complaint is barred by the statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Complaint is barred by insufficient service and/or service of process.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's alleged injuries and damages were caused by acts or omissions of third persons over whom the defendants exercised no control and for whose conduct the defendants bear no responsibility.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff is barred from recovery in whole or in part on any theory of negligence because her own conduct caused or contributed to cause the alleged injuries and damages.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff's alleged injuries and damages were caused by the intervening and superseding actions of third persons.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff is barred from recovery because his conduct alone or in conjunction with the conduct of third parties was the sole proximate cause of her alleged injuries and damages.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiff failed to take reasonable and appropriate action to mitigate the injuries and damages he allegedly sustained as a result of the alleged accident.

### NINTH AFFIRMATIVE DEFENSE

The plaintiff is barred from recovery because he spoliated or otherwise failed to preserve crucial evidence.

## TENTH AFFIRMATIVE DEFENSE

The defendants reserve their right to amend her answer as discovery warrants.

## JURY DEMAND

The Defendants OMGA, Inc. & OMGA, S.p.A. demand a trial by jury on all issues.

OMGA, Inc. & OMGA, S.p.A.

By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell/BBO# 541882
Anthony J. Sbarra Jr./BBO# 552461
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: April 20, 2005

## CERTIFICATE OF SERVICE

I, Anthony J. Sbarra Jr., hereby certify that on this 20th day of April 2005, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Jay N. Michelman, Esq.
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA 01101

_____
Anthony J. Sbarra Jr.