UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

ANGEL M. TORRES )
Plaintiff, )
)
v. )
) Civil Action No. 2005-30050 MAP
)
OMGA, Inc., and OMGA, S.p.A )
Defendants. )
)
)

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant OMGA, Inc. states that it does not have a parent corporation. Defendant, OMGA, S.p.A, states that it does not have a parent corporation. Further responding, both defendants OMGA, Inc., and OMGA, S.p.A state that there is no publicly held company that owns 10% or more of either of their stock.

OMGA, Inc., and OMGA, S.p.A

By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

James M. Campbell/BBO# 541882
Anthony J. Sbarra Jr./BBO# 552461
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: April 20, 2005

## CERTIFICATE OF SERVICE

    I, Anthony J. Sbarra Jr., hereby certify that on this 20th day of April 2005, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Jay N. Michelman, Esq.
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA  01101

_____
Anthony J. Sbarra Jr.