UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL M. TORRES, )
        Plaintiff )
)
v. )    Civil Action No. 05-30050-MAP
)
)
OMGA, INC. et al., )
        Defendants )

SCHEDULING ORDER
June 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. By June 17, 2005, Defendants' counsel shall explain to the court in writing their absence here today.

2. By July 1, 2005, the parties shall file certifications in proper form, signed by the parties and otherwise in compliance with Local Rule 16.1(d)(3).

3. All written discovery and non-expert depositions shall be completed by October 28, 2005.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 28, 2005.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 2, 2005.

6. All expert depositions shall be completed by January 20, 2006.

7.  Counsel shall appear for a case management conference on January 24, 2006, at 12: 30 p.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: June 9, 2005

                                               /s/ Kenneth P. Neiman
                                               KENNETH P. NEIMAN
                                               U.S. Magistrate Judge

7. Counsel shall appear for a case management conference on January 24, 2006, at 12: 30 p.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: June 9, 2005

                                              /s/ Kenneth P. Neiman  
                                              KENNETH P. NEIMAN  
                                              U.S. Magistrate Judge