CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

Anthony J. Sbarra, Jr.
(617) 241-3034
asbarra@campbell-trial-lawyers.com

June 10, 2005

Magistrate Judge Kenneth P. Neiman
United States District Court
District of Massachusetts Western Division
Office of the Clerk
1550 Main St.
Springfield, MA 01103

Re: **Angel M. Torres v. OMGA, Inc. and OMGA, S.p.A**
    **Civil Action No.: 05-30050**

Dear Judge Magistrate Neiman:

With sincere, apologies I offer the following explanation for my failure to appear at the scheduling conference on June 9, 2005. At the time, I was on trial before Judge Netti C. Vogel in the Providence County Superior in the case of Kapustin v. Dixie-Narco, Inc., C.A. No. 02-1931. The trial had been ongoing for approximately two weeks, and I was staying in Providence.

On June 7, 2005 I called plaintiff's counsel in this case, Mr. Jay Michelman, inquiring about the date of the scheduling hearing. Mr. Michelman was under the mistaken belief that the conference was scheduled for June 16, 2005, and shared that belief with me. On June 9, 2005 I received a message from Mr. Michelman's assistant who indicated that he had just received a call from the court and was on his way there.

Again, I apologize for any inconvenience this may have caused the court, and am available to discuss this matter further should the court so desire. I have received the court's scheduling order and will abide by it.

Very truly yours,

Anthony J. Sbarra, Jr.

cc: Jay N. Michelman, Esq.
    James M. Campbell, Esq.