UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

CIVIL ACTION NO. 2005-30050 MAP

| | |
|---|---|
| ANGEL M. TORRES )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>OMGA, INC. and OMGA, S.p.A. )<br>    Defendants ) | CERTIFICATION PURSUANT TO<br>LOCAL RULE 16.1(D)(3) |

    The Plaintiff, Angel M. Torres, and his attorney, Jay N. Michelman of Michelman Law Offices, hereby affirm that Jay N. Michelman has conferred with Angel Torres regarding the cost of conducting the full course of litigation, including deposition and expert witness fees, as well as various alternative courses of the litigation, including the resolution of the litigation through the use of Alternative Dispute Resolution program, including the use of mini-trials, summary jury trials, and/or mediation.

    Signed under the penalties of perjury this 15th day of June, 2005.

THE PLAINTIFF

_Angel M. Torres_ (signature)
Angel M. Torres
82 Belmont Ave., 2nd Floor
P.O. Box 2022
Springfield, MA 01101
(413) 262-1019

_Jay N. Michelman_ (signature)
Jay N. Michelman, Esq.,
Attorney for the Plaintiff
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA 01101
(413) 737-1166
f (413) 736-0429
BBO#345110

MICHELMAN LAW OFFICES
1333 EAST COLUMBUS AVENUE
P.O. BOX 2992
SPRINGFIELD, MA 01101
(413) 737-1166
FAX. (413) 736-0429