UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| ANGEL M. TORRES )<br>Plaintiff, )<br> )<br>v. )<br> )<br> ) Civil Action No. 2005-30050 MAP<br> )<br>OMGA, Inc., and OMGA, S.p.A )<br>Defendants. )<br> )<br> ) | |

## OMGA, INC.'S LOCAL RULE 16.1 STATEMENT

OMGA, Inc., and OMGA, S.p.A, hereby confirm that clients and counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

OMGA, Inc., and OMGA, S.p.A.
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell/BBO # 541882
Anthony J. Sbarra Jr./BBO # 552461
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

OMGA, Inc.
By Their Authorized Representatives,

_____
Gianni Ghizzoni, Pres;

OMGA, S.p.A.
By Their Authorized Representatives,

_____
Arrigo Anfazoni

DATED: June __, 2005

### CERTIFICATE OF SERVICE

I, Anthony J. Sbarra, Jr. hereby certify that on this 30th day of June 2005, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Jay N. Michelman, Esq.
MICHELMAN LAW OFFICES
1333 East Columbus Avenue
P.O. Box 2992
Springfield, MA 01101

_____
Anthony J. Sbarra, Jr.