UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

| | |
|---|---|
| ANGEL M. TORRES<br>Plaintiff,<br><br>v.<br><br>OMGA, Inc., and OMGA, S.p.A<br>Defendants. | Civil Action No. 2005-30050 MAP |

### **DEFENDANTS OMGA, INC. AND OMGA S.P.A.'S OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 68 defendants OMGA, Inc. and OMGA S.p.A. offer to allow judgment to be taken against them in this action for a total amount of $25,000.00. Said amount includes costs, attorney's fees and taxable/billable costs of any kind and total payment to the plaintiff shall not exceed $25,000.00 in any event.

PLEASE TAKE FURTHER NOTICE that this offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed either as an admission that the defendants OMGA, Inc. and OMGA S.p.A. are liable in this action, or that the plaintiff has

suffered any damages.

                                                OMGA, Inc. and OMGA S.p.A
                                                By their Attorneys

                                                _____
                                                James M. Campbell, Esq. #541882
                                                Anthony J. Sbarra, Jr., Esq. #552461
                                                Campbell Campbell Edwards & Conroy
                                                One Constitution Plaza
                                                Boston, MA 02129
                                                (617) 241-3000

## Certificate of Service

      I, Anthony J. Sbarra, Jr., certify that I served a copy of the within motion via regular mail on counsel of record on January 12, 2006.

_____
Anthony J. Sbarra, Jr.