UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL M. TORRES,                )
        Plaintiff         )
                                )
                                )
v.                              )    Civil Action No.  05-30050-MAP
                                )
                                )
OMGA, INC., et al.,             )
        Defendants     )

SCHEDULING ORDER
January 24, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2006.

2. All non-expert depositions shall be completed by March 1, 2006.

3. All expert depositions shall be completed by March 31, 2006.

4. Counsel shall appear for a final pretrial conference on May 18, 2006, at 2:30 p.m. before District Judge Michael A. Ponsor in Courtroom One.  Pretrial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                  /s/ Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge