UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

Civil Action No. 2005-30050 MAP

| | |
|---|---|
| ANGEL M. TORRES<br>            Plaintiff,<br><br>v.<br><br><br>OMGA, Inc., and OMGA, S.p.A<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

        The parties hereby stipulate and agree that this action be dismissed with prejudice and without costs pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

**ANGEL M. TORRES**
By his Attorney,

_____

Jay N. Michelman, Esq.
Michelman Law Offices
1339 East Columbus Avenue
Post Office Box 2992
Springfield, MA  01101
Tel. No.  413 737-1166
Fax No.  413 736-0429

**OMGA, Inc. and OMGA S.p.A**
By their Attorneys,

_____

James M. Campbell, Esq. #541882
Anthony J. Sbarra, Jr., Esq. #552461
Campbell, Campbell, Edwards
  & Conroy, P.C.
Boston, MA   02129
Tel. No.  617 241-3000
Fax No.  617 241-5155

**Certificate of Service**

        I, Anthony J. Sbarra, Jr., hereby certify that I have this date April ___2___, 2006 served the attached Stipulation of Dismissal on all interested parties via first class mail postage prepaid to the attorney's of record, namely, Jay Michelman.

_____
Anthony J. Sbarra, Jr.